Lorenzo **BROADNAX**, Plaintiff—
Appellant,

v.

Joseph **KAISER**; Dr. Sellers; Dr. Zemmell; Dr. Ofogh, in his individual and official capacities; Carole F. Wallace, in her individual and official capacities; Fred Schillings, Doctor in his individual and official capacities; Doctor Kaulaskas, in his individual and official capacities, Defendants—Appellees.

No. 05–7243.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2005.

Decided Oct. 25, 2005.

Lorenzo Broadnax, Appellant Pro Se. Rebecca Everett Kuehn, Jennifer L. Sarvadi, Leclair Ryan, Alexandria, Virginia; Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia, for Appellees.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenzo Broadnax appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Broadnax v. Kaiser,* No. CA–04–46–1–LMB (E.D.Va. July 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*